1  HOGAN LOVELLS US LLP
   Tao Y. Leung (Bar No. 254265)
2  Michelle Roberts Gonzales (Bar No. 292075)
   Ashley L. King (Bar No. 322894)
3  1999 Avenue of the Stars, Suite 1400
   Los Angeles, California  90067
4  Telephone:   (310) 785-4600
   Facsimile:    (310) 785-4601
5  tao.leung@hoganlovells.com
   michelle.roberts@hoganlovells.com
6  ashley.king@hoganlovells.com

7  *Attorneys for Defendants*
   PRESENTS TEMP SERVICES, LLC and GOLDENVOICE, LLC
8

9  David Garrett
   HARRIS & RUBLE
10 655 N. Central Ave., 17th Floor
   Glendale, California 91203
11 Telephone: (323) 962-3777
   Facsimile: (323) 962-3004
12 dgarrett@harrisandruble.com

13 *Attorneys for Plaintiff*
   M.C. JOHNSON

14

15

16                    **UNITED STATES DISTRICT COURT**

17                    **CENTRAL DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| M.C. JOHNSON, individually and on behalf of all others similarly situated, | Case No.: 2:23-cv-01187-JFW-JPR |
| Plaintiff, | **NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL** |
| v. | |
| PRESENTS TEMP SERVICES, LLC, an unknown business entity; GOLDENVOICE, LLC, a California Limited Liability Company and DOE 1 through and including DOE 10, Defendants. | Judge: Hon. John F. Walter |

  Plaintiff M.C. Johnson ("Plaintiff") and Defendants Presents Temp Services, LLC, and Goldenvoice, LLC ("Defendants") (together, "the Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

  **WHEREAS**, Plaintiff filed the above-entitled action ("Action") in Los Angeles Superior Court on January 12, 2023 and Defendants removed the Action on February 16, 2023;

  **WHEREAS**, the Parties entered a confidential settlement agreement on or about March 17, 2023, wherein all of Plaintiff's individual claims against Defendants, including but not limited to any claims in the Action, his letter to the Labor and Workforce Development Agency pursuant to Cal. Labor Code § 2698 *et seq.*, or related to Plaintiff's employment, were fully and finally resolved;

  **WHEREAS**, Plaintiff has not moved for class certification, has not given notice of the existence of this Action to the putative class, no class has been certified, and therefore, no notice is required pursuant to Federal Rule of Civil Procedure 23(e);

  **WHEREAS**, the Parties have not sought and are unaware of any media attention associated with the Action and have no reason to believe putative class members have relied on the filing of this Action;

  **WHEREAS,** dismissal of the Action, which has only been pending approximately two months, is unlikely to implicate the statutes of limitation, which range from two to four years for the claims asserted;

  **WHEREAS**, the Parties' settlement does not seek to resolve any class claims;

  **WHEREAS**, Defendants deny any wrongdoing with respect to Plaintiff or any other employee or former employee;

*/ / /*

*/ / /*

*/ / /*

*/ / /*

**NOW, THEREFORE**, the Parties, by and through their respective counsel of record, hereby stipulate as follows and jointly request that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Court issue an order that:

(1) Plaintiff's individual claims are dismissed with prejudice;

(2) The Action be dismissed without prejudice; and

(3) The Parties shall each be responsible for and bear their respective costs and expenses.

**IT IS SO STIPULATED**.

Respectfully Submitted,

Dated: March 24, 2023    HOGAN LOVELLS US LLP

By: */s/ Tao Y. Leung*
Tao Y. Leung
Michelle Roberts Gonzales
Ashley L. King

*Attorneys for Defendants*
Presents Temp Services, LLC and Goldenvoice, LLC

Dated: March 24, 2023    HARRIS & RUBLE

By: */s/ David Garrett*
David Garrett

*Attorneys for Plaintiff*
M.C. Johnson

**ATTESTATION OF SIGNATURE**

In accordance with Civil Local Rule 5-4.3.4, I attest that concurrence in the filing of this document has been obtained from all parties.

Dated: March 24, 2023　　　　　　　　　By:　*/s/ Tao Y. Leung*
　　　　　　　　　　　　　　　　　　　　　　Tao Y. Leung