JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.C. JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRESENTS TEMP SERVICES, LLC, an unknown business entity; GOLDENVOICE, LLC, a California Limited Liability Company and DOE 1 through and including DOE 10,<br><br>Defendants. | Case No.  2:23-cv-01187-JFW-JPRx<br><br>**ORDER DISMISSING ACTION PURSUANT TO PARTIES' STIPULATION** |

## ORDER

The Court, having read and considered the Parties' Notice of Settlement and Stipulation of Dismissal, accepts the Parties' Stipulation and **GRANTS** their request as follows:

    (1) Plaintiff M.C. Johnson's individual claims shall be dismissed with prejudice;

    (2) The above-entitled Action shall be dismissed without prejudice; and

    (3) The Parties shall each be responsible for and bear their respective costs and expenses.

**IT IS SO ORDERED.**

Dated:  March 29, 2023

_____
Honorable John F. Walter
United States District Court Judge